# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00212-CR

## Ex parte Sidney Earl Parker

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 94-036-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Sidney Earl Parker appeals from the district court's order dismissing his petition for writ of audita querela. By the petition, Parker sought to collaterally attack his 1994 judgment of conviction for attempted murder, for which he was sentenced to twenty years in prison. This conviction was affirmed and is now final. *See Parker v. State*, No. 03-97-00013-CR (Tex. App.—Austin Dec. 4, 1997, no pet.).

In its order, the district court cited this Court's opinion in *McBride v. State*, 114 S.W.3d 556, 557 (Tex. App.—Austin 2002, no pet.). In that case, we affirmed an order dismissing an audita querela petition seeking to set aside a final criminal conviction. We held that post-conviction habeas corpus is the exclusive procedure for obtaining such relief. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2004).

For the reason stated in *McBride*, we affirm the district court's order dismissing Parker's audita querela petition.

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Affirmed

Filed:  May 27, 2004

Do Not Publish

2